IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MICHAEL F. CHAVEZ,

    Petitioner,

v.                                            No. 1:17-cv-871-KG-KRS

GERMAN FRANCO, Warden, and
STATE OF NEW MEXICO,

    Respondents.

## ORDER TO CURE DEFICIENCY

THIS MATTER comes before the Court sua sponte, following a review of Petitioner's Petition for Writ of Habeas Corpus, filed August 23, 2017. Having so reviewed, the Court determines that Petitioner's filing is deficient; specifically, Petitioner has not paid the $5.00 filing fee or filed an Application to Proceed in District Court Without Prepaying Fees or Costs. Failure to timely cure these deficiencies may result in dismissal of this proceeding without further notice. The Court also reminds Petitioner that he must include the civil action number of this case, 17-cv-871-KG-KRS, on all documents that he files in this proceeding.

IT IS, THEREFORE, ORDERED that Petitioner shall cure the deficiencies designated above within thirty (30) days from the entry of this order. The Clerk is directed to mail to Petitioner, together with a copy of this order, an Application to Proceed in District Court Without Prepaying Fees or Costs.

_____
UNITED STATES MAGISTRATE JUDGE