IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MICHAEL F. CHAVEZ,

    Petitioner,

v.                                                                  No. 1:17-CV-871-KG-KRS

GERMAN FRANCO, Warden, and
STATE OF NEW MEXICO,

    Respondents.

## ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS

**THIS MATTER** comes before the Court upon Petitioner's Application (Motion) to Proceed in District Court without Prepaying Fees or Costs [Doc. 5]. Having reviewed the application, the Court FINDS and CONCLUDES that Petitioner's request is well-taken and should be granted. In making this determination, the Court notes that Petitioner has successfully established that he is unable to prepay the required filing fee and/or that so doing will cause him substantial hardship. *See* 28 U.S.C. § 1915(a)(1).

**IT IS, THEREFORE, ORDERED** that Petitioner's Application (Motion) to Proceed in District Court without Prepaying Fees or Costs [Doc. 5] is hereby **GRANTED**.

_____
UNITED STATES MAGISTRATE JUDGE