**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

MICHAEL F. CHAVEZ,

      Petitioner,

v.                                                        No. 1:17-CV-871-KG-KRS

GERMAN FRANCO, Warden, and
STATE OF NEW MEXICO,

      Respondents.

**ORDER DENYING MOTION TO CORRECT RECORD**

THIS MATTER comes before the Court upon Petitioner's Motion to Correct Record filed November 7, 2017. (Doc. 3). In his motion, Petitioner explains that his Petition for Writ of Habeas Corpus (Doc. 1) should not be considered "new" and he asks the Court to file the petition in Case No. 1:15-cv-701-WJ-GBW. However, on November 28, 2017, the Court entered an Order Denying Motion to Reinstate and Motion to Expand Record (Doc. 21) (hereto attached) in Case No. 1:15-cv-701-WJ-GBW which rendered moot the motion at bar.

IT IS, THEREFORE, ORDERED that Petitioner's Motion to Correct Record (Doc. 3) is hereby DENIED as moot.

_____
UNITED STATES DISTRICT JUDGE