IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MICHAEL F. CHAVEZ,
      Petitioner,

vs.              No. CIV-17-871 KG/KRS

GERMAN FRANCO, Warden, and
HECTOR H. BALDERAS, Attorney
General for the State of New Mexico,

      Respondents.

## ORDER

**THIS MATTER** comes before the Court on *Respondents' Motion for an Extension of Time to Answer Michael Chavez's Pro Se Petition for Writ of Habeas Corpus (28 U.S.C. § 2254) [Doc. 1]* [Doc. 10], filed December 15, 2017.

Having reviewed the motion, the relevant pleadings, and being otherwise fully informed in the premises, the Court determines that the motion is well-taken.

**IT IS, THEREFORE, ORDERED** that *Respondents' Motion for an Extension of Time to Answer Michael Chavez's Pro Se Petition for Writ of Habeas Corpus (28 U.S.C. § 2254) [Doc. 1]* [Doc. 10], is **GRANTED;**

**IT IS FURTHER ORDERED** that Respondents shall have until February 27, 2018 to file their answer.

          _____
          THE HONORABLE KEVIN R. SWEAZEA
          UNITED STATES MAGISTRATE JUDGE