# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**MICHAEL F. CHAVEZ,**
                **Petitioner,**

vs.                                                           No. CIV-17-871 KG/KRS

**GERMAN FRANCO, Warden, and**
**HECTOR H. BALDERAS, Attorney**
**General for the State of New Mexico,**

                **Respondents.**

## ORDER

**THIS MATTER** comes before the Court on *Respondents' Second Motion for an Extension of Time to Answer Michael F. Chavez's Pro Se Petition for Writ of Habeas Corpus (28 U.S.C. § 2254) [Doc. 1]* [Doc. 13], filed February 26, 2018.

Having reviewed the motion, the relevant pleadings, and being otherwise fully informed in the premises, the Court determines that the motion is well-taken.

**IT IS, THEREFORE, ORDERED** that *Respondents' Second Motion for an Extension of Time to Answer Michael F. Chavez's Pro Se Petition for Writ of Habeas Corpus (28 U.S.C. § 2254) [Doc. 1]* [Doc. 13], is **GRANTED;**

**IT IS FURTHER ORDERED** that Respondents shall have until March 5, 2018 to file their answer.

                                                       /s/ Kevin Sweazea
                                    THE HONORABLE KEVIN R. SWEAZEA
                                    UNITED STATES MAGISTRATE JUDGE