IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MICHAEL F. CHAVEZ,

    Petitioner,

                                                                  Case No. 1:17-cv-00871-KG-KRS

v.

GERMAN FRANCO, Warden;
and STATE OF NEW MEXICO,

    Respondents.

## ORDER GRANTING MOTION TO AMEND REPLY
## TO RESPONDENTS' ANSWER

**THIS MATER** comes before the Court on two filings from Petitioner. The first is styled "Amended Motion for Denial of Respondents[sic] Request for Time Bar Dismissal" (Doc. 18) and the second "Motion to Amend/Correct Response." (Doc. 17). Taken together, Petitioner moves the Court to amend his reply to Respondents' answer to his habeas corpus petition. The "amended motion" constitutes the corrected reply. The Court has reviewed the motion to amend the reply to which Respondents' have not responded and concludes the new reply assists in clarifying and narrowing the issues.

**IT IS, THEREFORE, ORDERED** that Petitioner's motion to amend (Doc. 17) is **GRANTED**.

                                                      _____
                                                      KEVIN R. SWEAZEA
                                                      UNITED STATES MAGISTRATE JUDGE