IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MICHAEL F. CHAVEZ,

   Petitioner,

vs.                                                           No. CV 17-871 KG/KRS

GERMAN FRANCO, Warden;
and STATE OF NEW MEXICO,

   Respondents.

## **JUDGMENT**

The Court adopted United States Magistrate Judge Kevin R. Sweazea's Proposed Findings and Recommended Disposition, denied Petitioner Michael F. Chavez's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254, and denied Chavez a certificate of appealability by Memorandum Opinion and Order on June 4, 2019. (Doc. 23).

IT IS, THEREFORE, ORDERED that

1. Petitioner Michael F. Chavez's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 is denied;

2. A certificate of appealability is denied; and

3. This case is dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE